1
2
3
4
5
6
7
8

9         UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14

15 | JIM FERGUSON,                    ) CV 06-4986-RSWL (SH)
                                      )
16 |                                  ) ORDER ADOPTING THE
   |            Petitioner,           ) REPORT AND RECOMMENDATION
17 |                                  ) OF UNITED STATES MAGISTRATE
   |      v.                          ) JUDGE
18 |                                  )
   | JOHN MARSHALL, Warden,           )
19 |                                  )
   |            Respondents.          )
20 | _____  )

21        Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the
22 Petition, all of the records and files herein and the attached Report and
23 Recommendation of the United States Magistrate Judge, and has made a de novo
24 determination of the Report and Recommendation. The Court concurs with and
25 adopts the conclusions of the Magistrate Judge.
26        IT IS ORDERED that the Petition filed herein is dismissed with prejudice.
27 ///
28 ///

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 29, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE