UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JIM FERGUSON, | ) CV 06-4986-RSWL (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: May 29, 2009

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE

1